GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
STEFANI K. HEPFORD
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: stefani.hepford@usdoj.gov
Attorneys for Plaintiff

FILED

2021 JUL 21 PM 2: 46

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-01738 TUC-JCH(DTF)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

▮▮▮▮▮▮▮▮▮▮

2. Marcel Escobosa-Encinas,
    Counts 1, 2

▮▮▮▮▮▮▮▮▮▮

    Defendants.

**INDICTMENT**

VIO: 21 U.S.C. § 846
(Conspiracy to Possess with Intent to Distribute Methamphetamine)
Count 1

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)
(Possession with Intent to Distribute Methamphetamine)
Counts 2 and 3

# Under Seal

**THE GRAND JURY CHARGES:**

### COUNT 1

Beginning at a time unknown, to on or about May 12, 2021, in the District of Arizona, ▮▮▮▮▮▮▮▮▮▮ MARCEL ESCOBOSA-ENCINAS, and ▮▮▮▮▮▮ did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 3.58

1  kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title
2  21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).
3        All in violation of Title 21, United States Code, Section 846.

4                                  **COUNT 2**

5        On or about March 10, 2021, in the District of Arizona, MARCEL ESCOBOSA-
6  ENCINAS did knowingly and intentionally possess with intent to distribute 50 grams or
7  more of methamphetamine, or 500 grams or more of a mixture or substance containing a
8  detectable amount of methamphetamine, that is, approximately 1.44 kilograms of
9  methamphetamine, a Schedule II controlled substance; in violation of Title 21, United
10 States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).



19                                A TRUE BILL
20                                   / S /
21                         FOREPERSON OF THE GRAND JURY
                           Date:   July 21, 2021

23  GLENN B. McCORMICK                    **REDACTED FOR**
    Acting United States Attorney         **PUBLIC DISCLOSURE**
24  District of Arizona

25      / S /
26  STEFANI K. HEPFORD
    Assistant U.S. Attorney
27
28

*United States of America v.* ▮
*Indictment Page 2 of 2*