AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

RECEIVED
2021 JUL 22 AM 9:42
TUCSON
DISTRICT OF ARIZONA

| United States of America | ) |
|---|---|
| v. | ) |
| Thomas Perisin | ) Case No. CR-21-1738-TUC-JCH(DTF) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **Thomas Perisin**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21:846 Conspiracy to possess with intent to distribute methamphetamine
21:841(a)(1) and (b)(1)(A)(viii) Possession with intent to distribute methamphetamine

ISSUED ON 12:58 pm, Jul 22, 2021
s/ Debra D. Lucas, Clerk

*Issuing officer's signature*

City and state:   Tucson, Arizona            K. Hughes, Deputy Clerk
                                             *Printed name and title*

cc: AUSA, USMS, PTS

### Return

| This warrant was received on *(date)* | 7/22/2021 | , and the person was arrested on *(date)* | 5/30/2023 |
|---|---|---|---|

at *(city and state)*   Tucson, Arizona

Date:  5/31/2023

ROBERT V FIGUEROA III
Digitally signed by ROBERT V FIGUEROA III
Date: 2023.05.31 00:33:51 -07'00'

*Arresting officer's signature*

Robert V Figueroa III, Special Agent
*Printed name and title*