1  GLENN B. McCORMICK
   Acting United States Attorney
2  District of Arizona
   STEFANI K. HEPFORD
3  Assistant U.S. Attorney
   United States Courthouse
4  405 W. Congress Street, Suite 4800
   Tucson, Arizona 85701
5  Telephone: 520-620-7300
   Email: stefani.hepford@usdoj.gov
6  Attorneys for Plaintiff

**FILED**

2021 JUL 21  PM 2: 46

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR21-01738 TUC-JCH(DTF)**

7            IN THE UNITED STATES DISTRICT COURT

8               FOR THE DISTRICT OF ARIZONA

9
   United States of America,
10
                     Plaintiff,
11
                                              **I N D I C T M E N T**
12        vs.
                                         VIO:  21 U.S.C. § 846
13                                             (Conspiracy to Possess with Intent to
                                               Distribute Methamphetamine)
14                                             Count 1

15    2.  Marcel Escobosa-Encinas,            21 U.S.C. §§ 841(a)(1) and
          Counts 1, 2                         841(b)(1)(A)(viii)
16                                             (Possession with Intent to Distribute
                                               Methamphetamine)
17    3.  Thomas Perisin,                      Counts 2 and 3
          Counts 1, 3
18
                                         # Under Seal
19                    Defendants.

20 **THE GRAND JURY CHARGES:**

21                         <u>**COUNT 1**</u>

22       Beginning at a time unknown, to on or about May 12, 2021, in the District of

23 Arizona, ███████████████████████ MARCEL ESCOBOSA-ENCINAS,

24 and THOMAS PERISIN did knowingly and intentionally combine, conspire, confederate

25 and agree with persons known and unknown to the grand jury, to possess with intent to

26 distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or

27 substance containing a detectable amount of methamphetamine, that is, approximately 3.58

28

1  kilograms of methamphetamine, a Schedule II controlled substance; in violation of Title
2  21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).
3      All in violation of Title 21, United States Code, Section 846.

4  ### COUNT 2

5      On or about March 10, 2021, in the District of Arizona, MARCEL ESCOBOSA-
6  ENCINAS did knowingly and intentionally possess with intent to distribute 50 grams or
7  more of methamphetamine, or 500 grams or more of a mixture or substance containing a
8  detectable amount of methamphetamine, that is, approximately 1.44 kilograms of
9  methamphetamine, a Schedule II controlled substance; in violation of Title 21, United
10  States Code, Section 841(a)(1) and 841(b)(1)(A)(viii).

11  ### COUNT 3

12      On or about May 12, 2021, in the District of Arizona, THOMAS PERISIN did
13  knowingly and intentionally possess with intent to distribute 50 grams or more of
14  methamphetamine, or 500 grams or more of a mixture or substance containing a detectable
15  amount of methamphetamine, that is, approximately 2.14 kilograms of methamphetamine,
16  a Schedule II controlled substance; in violation of Title 21, United States Code, Section
17  841(a)(1) and 841(b)(1)(A)(viii).

18

19          A TRUE BILL

20          / S /

21          FOREPERSON OF THE GRAND JURY
22          Date:   July 21, 2021

23  GLENN B. McCORMICK
    Acting United States Attorney       **REDACTED FOR**
24  District of Arizona         **PUBLIC DISCLOSURE**

25     / S /

26  STEFANI K. HEPFORD
    Assistant U.S. Attorney
27

28

*United States of America v.* ▮▮▮▮▮▮▮▮▮
*Indictment Page 2 of 2*