# United States District Court
### for
### District of Arizona



**T-SEALED**

**U. S. A. vs. Thomas Perisin**
**Docket No. 4:21-cr-01738-JCH-AMM-3**
**AUSA: Stefani Kae Hepford**
**Defense Attorney: Guenevere Dawn Nelson-Melby**

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **JOSE L. QUINTERO**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: Thomas Perisin, who was released by the Honorable Bruce G. Macdonald sitting in the Court at Tucson, on the 14th day of June, 2023, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

**1)    The defendant shall not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. The defendant shall not possess, ingest, or otherwise use a synthetic cannabinoid or synthetic narcotic. The defendant shall participate in drug treatment and submit to drug testing and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.**

A) On July 6, 2023, the defendant failed to appear for a urinalysis test at the Pretrial Services office per color line program. The defendant was directed to update his urinalysis test the following day.

B) On July 7, 2023, the defendant submitted a presumptive positive urinalysis test for methamphetamine at the Pretrial Services office. At that time, he denied any use and the sample was sent to Alere/Abbott Toxicology Services, Inc. for further confirmation. On July 13, 2023, the sample was confirmed positive for methamphetamine and amphetamines. Upon confrontation, the defendant explained being near proximity of someone who used methamphetamine and believes that is the reason for the illegal substance in his system.

C) Community Bridges Inc. staff indicates the defendant has completed one group session since enrolling for services on June 22, 2023, and has failed to participate in group twice per week, as directed.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

cc: USMS, AUSA, PTS

Page 2
RE:  Thomas Perisin
July 19, 2023

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

| | |
|---|---|
| _____ | July 19, 2023_____ |
| Jose L. Quintero | **Date** |
| U.S. Pretrial Services Officer | |

**Reviewed by**

| | |
|---|---|
| _____ for | |
| _____ | July 19, 2023_____ |
| Sonya M. Marquez | **Date** |
| Supervisory U.S. Pretrial Services Officer | |

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury.  The Court orders the issuance of a warrant.  Considered and ordered this 19th day of July, 2023, and ordered filed and made a part of the records in the above case.

_____
**The Honorable ANGELA M. MARTINEZ**
**U.S. Magistrate Judge**